

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 02/20/2024

The status conference scheduled for February 23, 2024 is hereby adjourned to March 21, 2024 at 11:00 a.m. The adjournment is necessary to permit defense counsel to appear for trial in another matter and to allow the parties to complete their discussions related to a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 23, 2024 and March 21, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:   *United States v. Carlos Perez*
Case No.: 23 Cr. 525 (VSB)**

Dear Judge Broderick,

    I was assigned to represent Carlos Perez, who has a court conference scheduled for this Friday, February 23. I will be unavailable to appear on said date because I am currently on trial before the Honorable J. Paul Oetken in the matter of *United States v. Martin Mizrahi*. The trial is expected to last through the first week of March. I understand that AUSA T. Josiah Pertz is also preparing for trial on another case. As a result, I respectfully request an adjournment of this conference to mid-March, or thereafter (kindly barring Wednesdays or Fridays, as I teach on those days).

    The Government has no objection to this request.

    I thank the Court for its consideration.

    Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio,LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FGDMLaw.com

Cc:   AUSA T. Josiah Pertz

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1